DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
MYRRA L. SMITH, ESQ.
Nevada Bar No. 15539
**GORDON REES SCULLY MANSUKHANI LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
E-Mail: dmartin@grsm.com

***Attorneys for Defendant GREP SOUTHWEST, LLC***

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DELORES M. BLACK, individual,

Plaintiff,

vs.

CLP-GREP AA I ALEXANDER, l..L.C. dba DESTINATIONS ALEXANDER, a Foreign Limited Liability Company; GREP SOUTHWEST, LLC, a Delaware Limited Liability Company; GREYSTAR GLOBAL ENTERPRISE, LLC, a Delaware Limited Liability Company; DOES 1 through 10; ROE BUSINESS ENTITIES 1 through 10, inclusive jointly and severally,

Defendants.

CASE NO.: 2:25-cv-2437

**DEFENDANT GREP SOUTHWEST, LLC'S NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. 1332, 1441 and 1446, Defendant GREP SOUTHWEST, LLC, ("GREP Southwest") by and through its undersigned counsel, hereby removes this action from the Eighth Judicial District Court of Nevada to the United States District Court, District of Nevada. In support thereof, Defendant GREP Southwest states as follows:

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

## I.

## FACTUAL & PROCEDURAL POSTURE

1. This case was originally filed in the Eighth Judicial District Court, Clark County, Nevada on December 1, 2025, under the name and caption of *Delores M. Black v. CPI-GREP AA I Alexander LLC, et. al.,* Case No. A-25-928882-C. Since Clark County is situated within this district and division, this Court is the proper venue for removal. 28 U.S.C. § 1446(a).[1]

2. On December 3, 2025, Defendant GREP Southwest received the copy of the Civil Summons and Complaint. Accordingly, Defendants' time to remove has not yet expired. 28 U.S.C. § 1446(b)(1).

3. According to the Complaint, Plaintiff is a citizen of the State of Nevada.[2]

4. According to the Complaint, Defendants CPI-GREP AA 1, L.L.C.[3], GREP Southwest[4] were and remain a foreign limited-liability companies.

5. According to the Complaint, GREYSTAR GLOBAL ENTERPRISE, LLC was and remains and Delaware limited liability company.[5]

6. Because the parties to this action are citizens of different States, complete diversity exists.

7. The amount in controversy in this case exceeds $75,000.00 inclusive of interests and costs.

8. Plaintiffs bring causes of action for: (1) negligence; and (2) premise liability. Plaintiff seeks general damages in excess of $15,000.00, special damages in excess of $15,000.00, reasonable attorney's fees and costs of suit, other economic and non-economic damages in an amount to be proven at trial, and statutory interest.[6]

//

---

[1] Pl.'s Compl, attached as Ex. 1
[2] *Id.* at ¶ 1
[3] *Id.* at ¶ 2
[4] *Id.* at ¶ 3
[5] *Id.* at ¶ 4
[6] *Id.* at p. 5-6.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

## II.

## DISCUSSION OF LAW

As a general rule, the amount in controversy is determined by "the status of the case as disclosed by the plaintiff's complaint." *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283 (1938).

Where it is unclear from the face of the complaint whether the amount in controversy exceeds $75,000, "the removing defendant bears the burden of establishing by preponderance of the evidence that the amount in controversy exceeds the jurisdictional threshold." *Urbino v. Orkin Servs of Cal., Inc.*, 726 F.3d 1118, 1121-22 (9th Cir. 2013). The amount in controversy may include "damages (compensatory, punitive or otherwise)" and attorney fees and costs. *Id.* "Conclusory allegations as to the amount in controversy are insufficient." *Corral v. Select Portfolio Servicing, Inc.*, 878 F.3d 770, 774 (4th Cir. 2017). In assessing the amount in controversy, the court may consider allegations in the complaint and the notice of removal, as well as summary judgment type evidence relevant to the amount in controversy. *Kroske v. U.S. Bank Corp.*, 432 F.3d 976, 980 (9th Cir. 2005).

## III.

## LEGAL ARGUMENT

Plaintiff alleges that on or about January 7, 2024, she was walking on the premises of Destinations Alexander, when she tripped and fell on uneven pavement, which caused her to sustain personal injuries.[7] Plaintiff is a citizen of the State of Nevada and each of the named defendants are foreign limited liability corporations Since Plaintiff and each Defendants are citizens of different states, complete diversity exists under 28 U.S.C. 1332(a)(1).

Plaintiff does not provide a precise calculation of either general or special damages and instead pleads the minimum jurisdictional amount for Nevada district courts for at least $15,000.00. Plaintiff does provide some general information addressing her damages and alleges she incurred medical expenses, permanent injury, lost wages and pain and suffering in

[7] *Id.* at ¶ 12-13.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

an amount in excess of $15,000.00, and attorney fees.[8] Given the breadth of Plaintiff's alleged damages, the amount in controversy is in excess of $75,000.00 and Defendants satisfy the amount in controversy requirement under 28 U.S.C. § 1332.

## IV.

## CONCLUSION

This matter involves a Plaintiff who is a citizen of the State of Nevada who is bringing suit against three foreign limited liability companies for a trip and fall which occurred in Clark County, Nevada. Complete diversity of citizenship exists between Plaintiff and all Defendants. The amount in controversy is in excess of $75,000.00. As such, this Court maintains jurisdiction pursuant to 28 U.S.C. §§ 1332 and 1441. Venue is proper in this Court since the underlying action was filed in Clark County, Nevada.

Dated: December 9, 2025

**GORDON REES SCULLY MANSUKHANI LLP**

*/s/ David J Martin*
DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
MYRRA L. SMITH
Nevada Bar No. 15539
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
t: 916-291-0779
e: dmartin@grsm.com
mlsmith@grsm.com

[8] *Id*. at ¶22 and ¶ 31.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

**CERTIFICATE OF SERVICE**

I hereby certify that I filed a true and accurate copy of the foregoing with the Clerk of Court via CM/ECF, which will send notification of such filing to all counsel and parties registered in said system and sent via email to Plaintiff's counsel of record:

Clark Seegmiller, Esq.
Attorney for Plaintiff

Dated: December 9, 2025

/s/ David J. Martin
David J. Martin