Electronically Filed
12/1/2025 2:47 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: clark@richardharrislaw.com
*Attorneys for Plaintiff*

CASE NO: A-25-933956-C
Department 7

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| DELORES M. BLACK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER, a Foreign Limited Liability Company; GREP SOUTHWEST, LLC, a Foreign Limited Liability Company; GREYSTAR GLOBAL ENTERPRISE, LLC, a Delaware Limited Liability Company; and DOES I through X, inclusive.<br><br>Defendants. | CASE NO.:<br>DEPT NO.:<br><br>**COMPLAINT** |

RICHARD HARRIS LAW FIRM

Plaintiff, DELORES M. BLACK, by and through her attorney of record, CLARK SEEGMILLER, ESQ. of the RICHARD HARRIS LAW FIRM, hereby complains and alleges as follows:

**GENERAL ALLEGATIONS**

1. At all times mentioned, Plaintiff, DELORES M. BLACK, was and is a resident of the State of Nevada.

2. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant, CPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER, was and is a foreign limited-liability company doing business in Clark County, State of Nevada.

3. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant, GREP SOUTHWEST, LLC was and is a foreign limited-liability company doing business in Clark County, State of Nevada.

4. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant GREYSTAR GLOBAL ENTERPRISE, LLC was and is a Delaware limited liability company doing business in Clark County, State of Nevada.

5. All the facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada.

6. All the facts and circumstances that give rise to the subject lawsuit occurred on the property commonly known as Destinations Alexander located at 3949 West Alexander Road, North Las Vegas, NV, 89032 ("the Property").

7. The true names of DOES I through X, their citizenship and capacities, whether individual, corporate associate, partnership or otherwise, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the Defendants, designated as DOES I through X, are or may be, legally responsible for the events referred to in this action, and caused damages to the Plaintiff, as herein alleged, and Plaintiff will ask leave of this Court to amend the Complaint to insert the true names and capacities of such Defendants, when the same have been ascertained, and to join them in this action, together with the proper charges and allegations.

8. DOES I through III are employers of Defendants who may be liable for Defendants' negligence pursuant to NRS 41.130, which states:

> Except as otherwise provided in NRS 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

9. DOES IV through X may be individuals or entities who owned, managed, operated, controlled, supervised, inspected, maintained, consulted, advised, furnished, repaired, cleaned

RICHARD HARRIS LAW FIRM

and/or were responsible for the property and/or premises of as located at and/or in some other way responsible for Plaintiff's damages.

10. Plaintiff is further informed and believes, and on that basis alleges, that certain witnesses are known to Plaintiff as witnesses. However, Plaintiff does not yet know whether or not particular witnesses have culpability in this matter at this time. However, once Plaintiff has determined the true culpability of one or more of the DOE Defendants, Plaintiff will amend Plaintiff's complaint to set forth facts and claims alleging the actual culpability and to substitute such witnesses for DOE Defendants.

11. At all times mentioned herein, Defendants, and each of them, were agents, servants, partners, employees or joint ventures of every other Defendants and/or DOE Defendants, and at all times mentioned herein were acting within the course and scope of said agency, partnership, employment, or joint venture, with knowledge, permission and consent of all said Defendants and/or DOE Defendants and each of them, and in furtherance of the Defendants' and/or DOE Defendants' business.

**FACTUAL ALLEGATIONS**

12. On or about January 7, 2024, Plaintiff, DELORES M. BLACK, was walking on the premises of Destinations Alexander, when she tripped and fell on uneven pavement.

13. The fall caused Plaintiff to sustain serious injuries.

14. On or about January 7, 2024, Defendant, CPI-GREP AA I Alexander, L.L.C. dba DESTINATIONS ALEXANDER; GREP SOUTHWEST, LLC; GREYSTAR GLOBAL ENTERPRISE, LLC owned, controlled and/or maintained the Property located at 3949 West Alexander Road, North Las Vegas, NV, 89032.

**FIRST CAUSE OF ACTION**
**(Negligence / Negligence Per Se)**

15. Plaintiff incorporates paragraphs 1 through 13 of the Complaint as if those paragraphs were fully incorporated herein.



RICHARD HARRIS LAW FIRM

16. On January 7, 2024, while at the property, Plaintiff tripped and fell over uneven pavement and suffered serious injuries.

17. Defendants and/or DOE Defendants had a duty to maintain the Property in such a manner as to provide a safe environment for their invited guests.

18. Defendants and/or DOE Defendants breached their duty in that they negligently failed to design, construct, control, supervise, inspect, maintain, manage, operate, consult, advise, furnish, clean and/or repair the Property, thereby allowing a hazardous condition which resulted in Plaintiff's injuries.

19. At all times pertinent, each defendant were agents, servants, employees or joint venturers of every other defendant herein, and at all times mentioned herein were acting within the scope and course of said agency, employment, or joint venture, with knowledge and permission and consent of all other named defendants.

20. The dangerous condition was caused as a direct result of Defendants' failure to maintain the Subject Property and/or the subject premises in a reasonable and safe manner.

21. The dangerous condition was caused as a direct result of Defendants' failure to design, construct, install, control, supervise, repair, and/or maintain the subject premises in a reasonable and safe manner.

22. Defendants' and/or DOE Defendants' negligence was the actual and proximate cause of injuries incurred by Plaintiff, resulting in medical expenses, permanent injury, lost wages and pain and suffering in an amount in excess of $15,000.00.

23. It has been necessary for Plaintiff to retain the services of counsel to represent her in the above-entitled matter, and she should be awarded reasonable attorneys' fees and costs of suit incurred herein.

**SECOND CAUSE OF ACTION**
**(Premises Liability)**

24. Plaintiff incorporates paragraphs 1 through 22 of the Complaint as if those paragraphs were fully incorporated herein.



RICHARD HARRIS LAW FIRM

25. Defendants and/or DOE Defendants had a duty to maintain the Property in a reasonably safe condition and was negligent in doing so by failing to repair and/or warn patrons about the uneven pavement.

26. Defendants and/or DOE Defendants had a duty to maintain the Property in a way that would not cause injury to patrons using the premises.

27. Plaintiff's injuries are of the type reasonably foreseeable as a result of the dangerous condition.

28. Defendants and/or DOE Defendants had actual or constructive notice of the dangerous condition of the area prior to the time of Plaintiff's injury.

29. Plaintiff's injuries were caused solely and proximately by the Defendants' and/or DOE Defendants' negligence and without any contributory negligence on the part of the Plaintiff.

30. Defendants' and/or DOE Defendants' negligence, as alleged above, was the proximate cause of Plaintiff's injuries incurred.

31. Defendants' and/or DOE Defendants' negligence was the actual and proximate cause of injuries incurred by Plaintiff, resulting in medical expenses, permanent injury, lost wages and pain and suffering in an amount in excess of $15,000.00.

32. It has been necessary for Plaintiff to retain the services of counsel to represent her in the above-entitled matter, and she should be awarded reasonable attorneys' fees and costs of suit incurred herein.

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for relief and judgment as against Defendants as follows:

1. For general damages sustained by Plaintiff in an amount in excess of $15,000.00;
2. For special damages sustained by Plaintiff in excess of $15,000.00;
3. For reasonable attorney's fees and costs of suit;
4. For any other economic and non-economic damages in an amount to be proven at trial;
5. For interest at the statutory rate; and

RICHARD HARRIS LAW FIRM

6. For such other relief as the Court deems just and proper.

DATED: December 1, 2025.

**RICHARD HARRIS LAW FIRM**

*/s/ Clark Seegmiller, Esq.*
Clark Seegmiller, Esq.
Nevada Bar No. 3873
801 So. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

RICHARD HARRIS LAW FIRM