CLARK SEEGMILLER, ESQ.
Nevada Bar No. 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: clark@richardharrislaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DELORES M. BLACK, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER, a Foreign Limited Liability Company; GREP SOUTHWEST, LLC, a Foreign Limited Liability Company; GREYSTAR GLOBAL ENTERPRISE, LLC, a Delaware Limited Liability Company; and DOES I through X, inclusive.<br><br>Defendants. | CASE NO.: 2:25-cv-2437<br><br>**SECOND AMENDED COMPLAINT** |

COMES NOW PLAINTIFF DELORES M. BLACK, by and through her attorney of record, CLARK SEEGMILLER, ESQ. of the RICHARD HARRIS LAW FIRM, hereby complains and alleges as follows for her Second Amended Complaint:

The Second Amended Complaint is being filed pursuant to FRCP 15(a)(2) with the written consent of defense counsel David J. Martin, Esq.

## GENERAL ALLEGATIONS

1. At all times mentioned, Plaintiff, DELORES M. BLACK, was and is a resident of the State of Nevada.

2. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant, CPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER, was and is a foreign limited-liability company doing business in Clark County, State of Nevada.



RICHARD HARRIS LAW FIRM

RICHARD HARRIS LAW FIRM

3. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant, GREP SOUTHWEST, LLC was and is a foreign limited-liability company doing business in Clark County, State of Nevada.

4. Plaintiff is informed and believes, and thereon alleges, that at all times relevant hereto, Defendant GREYSTAR GLOBAL ENTERPRISE, LLC was and is a Delaware limited liability company doing business in Clark County, State of Nevada.

5. All the facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada.

6. All the facts and circumstances that give rise to the subject lawsuit occurred on the property commonly known as Destinations Alexander located at 3949 West Alexander Road, North Las Vegas, NV, 89032 ("the Property").

7. The true names of DOES I through X, their citizenship and capacities, whether individual, corporate associate, partnership or otherwise, are unknown to Plaintiff who therefore sues these Defendants by such fictitious names. Plaintiff is informed and believes, and therefore alleges, that each of the Defendants, designated as DOES I through X, are or may be, legally responsible for the events referred to in this action, and caused damages to the Plaintiff, as herein alleged, and Plaintiff will ask leave of this Court to amend the Complaint to insert the true names and capacities of such Defendants, when the same have been ascertained, and to join them in this action, together with the proper charges and allegations.

8. DOES I through III are employers of Defendants who may be liable for Defendants' negligence pursuant to NRS 41.130, which states:

> Except as otherwise provided in NRS 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

9. DOES IV through X may be individuals or entities who owned, managed, operated, controlled, supervised, inspected, maintained, consulted, advised, furnished, repaired, cleaned

and/or were responsible for the property and/or premises of as  located at  and/or in some other way responsible for Plaintiff's damages.

10. Plaintiff is further informed and believes, and on that basis alleges, that certain witnesses are known to Plaintiff as witnesses. However, Plaintiff does not yet know whether or not particular witnesses have culpability in this matter at this time. However, once Plaintiff has determined the true culpability of one or more of the DOE Defendants, Plaintiff will amend Plaintiff's complaint to set forth facts and claims alleging the actual culpability and to substitute such witnesses for DOE Defendants.

11. At all times mentioned herein, Defendants, and each of them, were agents, servants, partners, employees or joint ventures of every other Defendants and/or DOE Defendants, and at all times mentioned herein were acting within the course and scope of said agency, partnership, employment, or joint venture, with knowledge, permission and consent of all said Defendants and/or DOE Defendants and each of them, and in furtherance of the Defendants' and/or DOE Defendants' business.

**FACTUAL ALLEGATIONS**

12. On or about January 7, 2024, Plaintiff, DELORES M. BLACK, was walking on the premises of Destinations Alexander, when she tripped and fell on uneven pavement.

13. The fall caused Plaintiff to sustain serious injuries.

14. On or about January 7, 2024, Defendant, CPI-GREP AA I Alexander, L.L.C. dba DESTINATIONS ALEXANDER; GREP SOUTHWEST, LLC; GREYSTAR GLOBAL ENTERPRISE, LLC owned, controlled and/or maintained the Property located at 3949 West Alexander Road, North Las Vegas, NV, 89032.

**FIRST CAUSE OF ACTION**
**(Negligence)**

15. Plaintiff repeats and realleges each and every allegation set forth above as though each were set forth herein.

RICHARD HARRIS LAW FIRM

16. On January 7, 2024, while at the property, Plaintiff tripped and fell over uneven pavement and suffered serious injuries.

17. Defendants and/or DOE Defendants had a duty to keep the Property in a reasonably safe condition for use.

18. Defendants and/or DOE Defendants breached their duty in that they failed to properly design, construct, control, supervise, inspect, maintain, manage, operate, consult, advise, furnish, clean and/or repair the Property, thereby allowing a hazardous condition to exist which resulted in Plaintiff's injuries.

19. Defendants and/or DOE Defendants had a duty to warn persons, including Plaintiff, about the unsafe condition on the Property and breached that duty by failing to warn of the uneven pavement.

20. Defendants' and/or DOE Defendants' actions and/or omissions violated specific Nevada statutes, regulations, and/or ordinances.

21. Plaintiff was and is a member of the class those statutes, regulations, and/or ordinances were intended to protect and exist to protect.

22. Defendants' and/or DOE Defendants' actions and/or omissions in violation of these statutes, regulations, and/or ordinances proximately actually caused Plaintiff's fall and resulting injuries at issue here.

23. Defendants' and/or DOE Defendants' negligence was the actual and proximate cause of the injuries incurred by Plaintiff, resulting in medical expenses, permanent injury, lost wages, and pain and suffering in an amount in excess of $15,000.

24. It has been necessary for Plaintiff to retain the services of counsel to represent her in the above-entitled matter, and she should be awarded reasonable attorneys' fees and costs of suit incurred herein.

/ / /

/ / /

RICHARD HARRIS LAW FIRM

**PRAYER FOR RELIEF**

Wherefore, Plaintiff prays for relief and judgment as against Defendants as follows:

1. Compensatory damages in excess of $15,000, according to proof at trial;
2. Interest from the time of service of this complaint as allowed by NRS 17.130;
3. Costs of suit and attorney fees; and
4. For such other and further relief as the court may deem appropriate.

DATED: December 30, 2025.

**RICHARD HARRIS LAW FIRM**

*/s/ Clark Seegmiller, Esq.*

Clark Seegmiller, Esq.
Nevada Bar No. 3873
801 So. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

RICHARD HARRIS LAW FIRM

RICHARD HARRIS LAW FIRM

## CERTIFICATE OF E-SERVICE

Pursuant to Fed. R. Civ. P. 5 and LR 5-1, I certify that I am an employee of the RICHARD HARRIS LAW FIRM, and that on this 30th day of December 2025, I served a copy of the **SECOND AMENDED COMPLAINT** as follows:

| | |
|---|---|
| ☐ | **U.S. Mail:** By depositing a true and correct copy of said document(s) via U.S. mail, with postage pre-paid and addressed as listed below. |
| ☐ | **Hand Delivery:** I caused said document(s) to be delivered to the address(es) list below; |
| ☐ | **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified above. |
| ☒ | **Electronic Service:** I caused said document to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system or Clark County District Court E-Filing system (Odyssey). |

DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
MYRRA L. SMITH, ESQ.
Nevada Bar No. 15539
GORDON REES SCULLY MANSUKHANI LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
dmartin@grsm.com
mlsmith@grsm.com

/s/Amanda Frizzell

An employee of RICHARD HARRIS LAW FIRM