CLARK SEEGMILLER, ESQ.
Nevada Bar No.: 3873
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
*Email*:  Clark@richardharrislaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES M. BLACK,<br><br>Plaintiff,<br><br>vs.<br><br>GPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER, a Foreign Limited Liability Company; GREP SOUTHWEST LLC, a Foreign LImirted Liability Company; GREYSTAR GLOBAL ENTERPRISE, LLC a Delaware Limited Liability Company; DOES 1 through 10; ROE CORPORATIONS 11 through 20, inclusive<br><br>Defendants. | Case No.: 2:25-CV-02437-JAD-BNW<br><br>**STIPULATION AND ORDER FOR A SIXTY (60) DAY EXTENSION OF DATES WITHIN SCHEDULING ORDER (FIRST REQUEST)** |

COMES NOW, Plaintiff DELORES BLACK, by and through her attorney of record CLARK SEEGMILLER, ESQ., of the RICHARD HARRIS LAW FIRM, and Defendants GPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER; GREP SOUTHWEST LLC; and GREYSTAR GLOBAL ENTERPRISE LLC; by and through their counsel of record DAVID J. MARTIN, ESQ., of GORDON REES SCULLY MANSUKHANI, and hereby stipulate that all operative dates within the current Scheduling Order be extended by sixty (60) days.

**A. Statement of Completed Discovery**

The parties have served their disclosures pursuant to Fed.R.Civ.Proc. 26 and LR 26-1 as follows:

| 1. | Plaintiff served his Initial Disclosures on March 6, 2026. |
|----|------------------------------------------------------------|
| 2. | Defendants served their Initial Disclosures on February 27, 2026. |
| 3. | Defendants served their First Supplement to their Initial Disclosures on March 3, 2026. |

**B. Statement of Discovery that Remains to be Completed**

The parties anticipate needing to conduct additional discovery including the following:

| 1. | Deposition of Plaintiff, Delores Black |
|----|------------------------------------------|
| 2. | Deposition of Teresa Jetton |
| 3. | Expert Disclosures |
| 4. | Expert Depositions |
| 5. | Additional Written Discovery |
| 6. | Request additional billing and medical records |
| 7. | Any Additional Discovery Deemed necessary by the parties. |

**C.    Statement Supporting the Necessity of an Extension of all Dates within the Scheduling Order**

The parties cannot resolve the case at this stage and need additional time to conduct depositions of the Plaintiff, Delores Black and her daughter, Teresa Jetton which should be scheduled for the beginning of April. The parties also need additional time to produce expert witnesses and to conduct their deposition. The parties have been diligently participating in discovery and working together in an efficient manner, but all necessary discovery cannot be completed by the current expert disclosure deadline of April 9, 2026. The parties can also establish excusable neglect. The parties

have disclosed documents pursuant to FRCP 26(a). The parties have conflicts within their schedule and the depositions of the plaintiff and her daughter whish should be scheduled the beginning of April.

The parties therefore require an additional 60 days to conduct these depositions, exchange expert witnesses and conduce expert witnesses depositions. Given the specific circumstances, the parties submitted their Fourth Request for a discovery extension as soon as possible but it was necessarily after the deadline for seeking that extension.

**D.    Proposed Schedule**

With a sixty (60) day discovery extension, the new **Discovery Cut-Off** date will be **Monday, August 10, 2026.** All parties anticipate timely completion of discovery at that time. The schedule for discovery will follow the pattern as set forth in LR 26-1:

**Amending the Pleadings and Adding Parties**: **June 8, 2026**

**Disclosures (Experts): June 8, 2026**

**Rebuttal (Experts): July 8, 2026**

**Dispositive Motions**: Dispositive motions will be made no later than **Tuesday, September 8, 2026**, which does not exceed the outside limit of thirty (30) days following the discovery cut-off date that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

**Pretrial Order**: The Joint Pretrial Order shall be filed by **Thursday, October 8, 2026**, which is no later than thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decisions on the dispositive motions or by further order of the Court.

Extensions or Modifications of Discovery Plan and Scheduling Order: All motions or stipulation to extend a deadline set forth in a discovery plan shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

| RICHARD HARRIS LAW FIRM | GORDON REES SCULLY MANSUKHANI |
|---|---|
| /s/ Clark Seegmiller | /s/ David J. Martin |
| _____ 03/16/2026 | _____ 03/16/2026 |
| CLARK SEEGMILLER, ESQ. | DAVID J. MARTIN, ESQ. |
| Nevada Bar No.: 3873 | Nevada Bar No. 9117 |
| 801 South Fourth Street | 300 South 4th Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Telephone: (702) 444-4444 | Telephone: (702) 916-219-0779 |
| Facsimile: (702) 444-4455 | Facsimile: (702) 255-2858 |
| **Email**: **Clark@richardharrislaw.com** | **E-mail**: dmartin@grsm.com |
| Attorneys for Plaintiff | Attorney for Defendants |

## ORDER

IT IS SO ORDERED on this __17th__ day of __March__, 2026.

_____
UNITED STATES MAGISTRATE JUDGE