DAVID J. MARTIN, ESQ.
Nevada Bar No. 9117
**GORDON REES SCULLY MANSUKHANI LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (916) 291-0779
E-Mail: dmartin@grsm.com

***Attorneys for Defendants***
***CPI-GREP AA I ALEXANDER, L.L.C.;***
***GREP SOUTHWEST LLC; and***
***GREYSTAR GLOBAL ENTERPRISE,***
***LLC***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DELORES M. BLACK, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER, a Foreign Limited Liability Company; GREP SOUTHWEST LLC, a Foreign Limited Liability Company; GREYSTAR GLOBAL ENTERPRISE, LLC, a Delaware Limited Liability Company; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02437-JAD-BNW<br><br><br>**STIPULATION AND ORDER GRANTING PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>ECF No. 26 |

Plaintiff DELORES M. BLACK, by and through her counsel of record, Clark Seegmiller, Esq., and Defendants CPI-GREP AA I ALEXANDER, L.L.C. dba DESTINATIONS ALEXANDER; GREP SOUTHWEST LLC; and GREYSTAR GLOBAL ENTERPRISE, LLC,  ("Defendants"), by and through their counsel, David J. Martin, Esq., hereby stipulate to Plaintiff's voluntary dismissal with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party is responsible for their attorney fees, costs and interest incurred.

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

-1-

Submitted by:

DATED: May 10, 2026

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ *David J Martin*
David J. Martin, Esq.
Nevada Bar No. 9117
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
**Attorney for Defendants**

DATED: May 10, 2026

RICHARD HARRIS LAW FIRM

/s/ *Clark Seigmiller*
Clark Seigmiller, Esq.
Nevada Bar No. 3873
801 S. 4th Street
Las Vegas, NV 89101
**Attorney for Plaintiff**

**ORDER**

Based on the parties' stipulation [ECF No. 26] and good cause appearing, IT IS ORDERED that this case is dismissed with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEVADA
May 12, 2026

**Gordon Rees Scully Mansukhani, LLP**
**300 S. 4th Street, Suite 1550**
**Las Vegas, NV 89101**

-2-